496 A.2d 1144

## COMMONWEALTH of Pennsylvania

v.

## MULLEN.

Supreme Court of Pennsylvania.

Aug. 12, 1985.

Petition for Allowance of Appeal GRANTED, 52 M.D. Appeal Docket 1985.

496 A.2d 1144

## Michael CORRY, Renee Corry and Michelle Corry, a Minor, et al., Petitioners,

v.

## Sister Elizabeth M. HART and Diocese of Allentown.

Supreme Court of Pennsylvania.

Aug. 12, 1985.

Petition granted, No. 112 E.D. Appeal Docket 1985.